NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-13-0002772**
**27-MAR-2019**
**10:09 AM**

NO. CAAP-13-0002772

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CATHERINE I. CASTRO, Appellant-Appellant, v.
STATE OF HAWAII, EMPLOYEES' RETIREMENT SYSTEM;
DIANA Y. NHAM, Appellees-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 12-1-2175)

ORDER OF CORRECTION
(By: Reifurth, J., for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order entered on March 20, 2019, is corrected as follows:

In the case caption, the last name of the second Appellee-Appellee is corrected from "NAHM" to "NHAM" so that the parties designated in the caption reads:

CATHERINE I. CASTRO, Appellant-Appellant, v.
STATE OF HAWAII, EMPLOYEES' RETIREMENT SYSTEM;
DIANA Y. NHAM, Appellees-Appellees

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawai'i, March 27, 2019.

Associate Judge

---

[1] Fujise, Presiding Judge, and Leonard and Reifurth, JJ..